

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00289-CR

THE STATE OF TEXAS                                                    STATE

V.

SCOTT ELLERY CRAWFORD JR.                                        APPELLEE

----------

FROM COUNTY CRIMINAL COURT NO. 4 OF TARRANT COUNTY
TRIAL COURT NO. 1344184

----------

## MEMORANDUM OPINION[1]

----------

The State appeals the trial court's granting of Appellee Scott Ellery Crawford Jr.'s motion to suppress the results of blood tests resulting from an involuntary blood draw pursuant to a search warrant. Although there are certainly problems with the warrant and supporting affidavit, the legislature has enacted article 38.23(b) of the code of criminal procedure, known as the "good

---

[1]*See* Tex. R. App. P. 47.4.

faith exception."[2]  The Texas Court of Criminal Appeals instructs us that article 38.23(b) means that

> [e]vidence obtained by a police officer acting in good faith reliance upon a warrant based upon a magistrate's determination of probable cause should not be rendered inadmissible due to a defect found in the warrant subsequent to its execution.[3]

We therefore sustain the State's seventh point, which is dispositive; do not reach the State's remaining points;[4] reverse the trial court's suppression order; and remand this case to the trial court for further proceedings consistent with this opinion.

/s/ Lee Ann Dauphinot
LEE ANN DAUPHINOT
JUSTICE

PANEL:  DAUPHINOT, GABRIEL, and SUDDERTH, JJ.

GABRIEL, J., concurs without opinion.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  March 19, 2015

---

[2]Tex. Code Crim. Proc. Ann. art. 38.23(b) (West 2005).

[3]*Dunn v. State*, 951 S.W.2d 478, 479 (Tex. Crim. App. 1997).

[4]*See* Tex. R. App. P. 47.1.